### LIBEL THO$^S$ STANLEY VS SLOOP *Hopewell*

was read.

And Proclamation was made for any person or Persons to come into Court and make answer to the afores$^d$ Libel and no person appear'd — Accordingly the Court was adjourn'd untill further notice.

Aug$^t$ 25th 1752

COURT OF VICE ADMIRALTY   The within Libel being read and Solemn Proclamation made for any person or persons to Come into Court and make Answer thereto and no person appearing a default was thereupon Enter'd. Wherefore after due consideration had upon the premisses I find that after deduction made of Thirty Seven Pieces of [8] and two Ryalls which the Appellant Confesses to have receiv'd in part of his Wages, and Also the Allowance to Greenwich Hospital, there remains due to him the sum of one hundred and Eighty one Pounds Seventeen Shillings in Bills of Publick Credit of this Colony. I therefore order and Decree that he the s$^d$ Thomas Stanley Recover Against the s$^d$ Sloop Hopewell the Afores$^d$ Sum of one hundred and Eighty one Pounds Seventeen Shillings with Cost of Court: And in Case the owners and Master of the s$^d$ Sloop or Some person on their behalf do not Satisfy and pay the s$^d$ Sum with the Costs within Ten days from the date of this decree. I then further order and Decree the S$^d$ Sloop Hopewell, or So much of her Tackle and furniture as Shall Sufficient therefor be Publickly Sold by the Marshall of this Court after giving the usual Notice of the time of Sale. And that he the S$^d$ Marshall out of the Money Arising from the s$^d$ Sale Satisfy and pay the S$^d$ Thomas the afores$^d$ Sum and also the Cost of this Court, returning the overplus if any to the owners

Samuel Wickham D: Judge